No error of a reversible nature appearing in the record, the judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

On Motion for Rehearing.

BEAUCHAMP, Judge.

We have carefully reviewed the record in the light of the motion for rehearing and find that all the issues which had been raised by the appeal were considered in the original opinion and we think the proper disposition was made of them. Consequently the motion for rehearing is overruled.

**ESCOBEDO et al. v. STATE.**

No. 20616.

Court of Criminal Appeals of Texas.

Nov. 29, 1939.

Gus C. Garcia, of San Antonio, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for a misdemeanor; the appellant J. M. Escobedo being assessed a fine of $100 and P. E. Coggins a fine of $50.

The record is before us without a statement of facts or bills of exception, hence no question is presented for review.

The judgment is affirmed.